**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02698-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JEANETTE McDOWELL, RN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ARAPAHOE CTY GOVT.,
AYANUR GRIFFITH,
UNITED AIRLINES,
ROBERT WOODS,
DENVER POLICE DEPT.,
ARAPAHOE SHERIFFS DEPT.,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) __   is not submitted
(2) __   is not on proper form (must use the court's current form)
(3) __   is missing original signature by Plaintiff
(4) __   is missing affidavit
(5) __   affidavit is incomplete
(6) _X_   affidavit is not notarized or is not properly notarized
(7) __   names in caption do not match names in caption of complaint, petition or application
(8) __   An original and a copy have not been received by the court. Only an original has been received.
(9) __   other _____

**Complaint or Petition**:
(10) __   is not submitted
(11) __   is not on proper form (must use the court's current form)
(12) __   is missing an original signature by the Plaintiff
(13) __   is incomplete
(14) __   uses et al. instead of listing all parties in caption
(15) __   An original and a copy have not been received by the court. Only an original has been received.
(16) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __   names in caption do not match names in text
(18) _X_   other: Addresses must be provided for all Defendants in Section "Parties" on page 2 of the Complaint.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the Complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 12, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge