IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02698-LTB

JEANETTE McDOWELL, RN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ARAPAHOE CTY GOVT.,
AYANUR GRIFFITH,
UNITED AIRLINES,
ROBERT WOODS,
DENVER POLICE DEPT.,
ARAPAHOE SHERIFFS DEPT.,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 15, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of November, 2012.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/KTerasaki
                           Deputy Clerk