IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02698-BNB

JEANETTE McDOWELL, RN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ARAPAHOE CTY GOVT.,
AYANUR GRIFFITH,
UNITED AIRLINES,
ROBERT WOODS,
DENVER POLICE DEPT.,
ARAPAHOE SHERIFFS DEPT.,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jeannette McDowell, RN, currently resides in Denver, Colorado. Ms. McDowell, acting *pro se*, initiated this action by submitting to the Court a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On October 12, 2012, Magistrate Judge Boyd N. Boland directed Ms. McDowell to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file her claims on a proper Court-approved form and to submit a properly notarized § 1915 Motion and to provide the addresses for all named Defendants. Ms. McDowell was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result, she has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Ms. McDowell files a notice of appeal she must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 15th day of November, 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2